UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LAKE DAVIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JESSE MENDOZA, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01142-DAD-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT ALL CLAIMS BE DISMISSED, EXCEPT FOR PLAINTIFF'S CLAIMS AGAINST DEFENDANT DEPARTMENT OF ADULT PAROLE OPERATIONS IN HANFORD, CALIFORNIA FOR VIOLATION OF THE AMERICANS WITH DISABILITIES ACT AND THE REHABILITATION ACT<br><br>(ECF Nos. 7, 8)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS |

Plaintiff, Charles Lake Davis, currently incarcerated at the Kings County Jail, is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the complaint commencing this action on August 21, 2019. (ECF No. 1.) The Court screened Plaintiff's complaint. (ECF No. 7.) The Court found that Plaintiff's complaint states cognizable claims against Defendant Department of Adult Parole Operations in Hanford, California, for violation of the Americans with Disabilities Act and the Rehabilitation Act. The Court also found that Plaintiff failed to state any other cognizable claims. (*Id.*)

The Court allowed Plaintiff to choose between proceeding only on the claims found cognizable by the Court in the screening order, amending the complaint, or standing on the

1

complaint subject to the Court issuing findings and recommendations to a district judge consistent with the screening order. (*Id.*) On November 14, 2019, Plaintiff notified the Court that he is willing to proceed only on the claims found cognizable by the screening order. (ECF No. 8.)

Accordingly, for the reasons set forth in the Court's screening order that was entered on November 5, 2019 (ECF No. 7), and because Plaintiff has notified the Court that he is willing to proceed only his claims against Defendant Department of Adult Parole Operations in Hanford, California, for violation of the Americans with Disabilities Act and the Rehabilitation Act. (ECF No. 8), it is HEREBY RECOMMENDED that all claims be dismissed, except for Plaintiff's claims against Defendant Department of Adult Parole Operations in Hanford, California, for violation of the Americans with Disabilities Act and the Rehabilitation Act..

These findings and recommendations are submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **November 19, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE