UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESSE MENDOZA, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-01142-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 9) |

Plaintiff Charles Lake Davis is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 5, 2019, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff had stated cognizable claims against defendant Department of Adult Parole Operations in Hanford, California for violation of the Americans with Disabilities Act and the Rehabilitation Act, but that he had failed to state any other cognizable claims against any other named defendants. (Doc. No. 7.) Plaintiff was granted leave to file an amended complaint or notify the court of his willingness to proceed only on the claims found to be cognizable in the screening order within thirty days after service of the screening order. (*Id.* at 9.) On November 14, 2019, plaintiff notified the court that he was willing to proceed only on the claims identified by the magistrate judge in the screening order as cognizable. (Doc. No. 8.)

1

Consequently, on November 20, 2019, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed on plaintiff's claims brought against defendant Department of Adult Parole Operations in Hanford, California for violation of the Americans with Disabilities Act and the Rehabilitation Act. (Doc. No. 9 at 2.) The magistrate judge also recommended that all other claims brought and defendants named by plaintiff in his complaint be dismissed. (*Id*.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*.) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 20, 2019 (Doc. No. 9) are adopted in full;
2. This action shall proceed on plaintiff's claims against defendant Department of Adult Parole Operations in Hanford, California for violation of the Americans with Disabilities Act and the Rehabilitation Act;
3. All other claims and defendants are dismissed; and
4. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **January 13, 2020**

UNITED STATES DISTRICT JUDGE