UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF ADULT PAROLE OPPERATIONS HANFORD,<br><br>        Defendant. | Case No. 1:19-cv-01142-DAD-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR, FAILURE TO PROVIDE INITIAL DISCLOSURES, AND FAILURE TO FILE SCHEDULING CONFERENCE STATEMENT<br><br>14-DAY DEADLINE |

       Plaintiff, Charles L. Davis, is proceeding *pro se* in this action. The address of record for Plaintiff indicates that he is no longer incarcerated.

       On February 10, 2020, the Court issued an Order Setting An Initial Scheduling Conference And Requiring Initial Disclosures And Scheduling Conference Statements. (ECF No. 21.) This order set an Initial Scheduling Conference for May 13, 2020, at 1:30 p.m., and noted that attendance at the Initial Scheduling Conference was mandatory. (*Id*.) The order granted the parties leave to appear at the conference by phone and provided instructions on how to do so. (*Id.* at 2.) The order also required that the parties make their initial disclosures at least thirty days prior to the Initial Scheduling Conference and file a scheduling conference statement at least two weeks before the Initial Scheduling Conference. (*Id.* at 2-4.) The order was served on Plaintiff by U.S. mail at his address of record.

The mandatory Initial Scheduling Conference was held on May 13, 2020, at 1:30 p.m. as scheduled. Byron Miller appeared for Defendant. Plaintiff failed to appear. Plaintiff also failed to file a scheduling conference statement, and according to Counsel for Defendant, Plaintiff had not made his initial disclosures.

Accordingly, Plaintiff IS ORDERED to show cause why he should not be sanctioned up to and including dismissal of this action for failing to appear at the Initial Scheduling Conference, for failing to file a scheduling conference statement, and for failing to make initial disclosures. Plaintiff shall file a written show cause response within 14 days of the date of this Order.

IT IS SO ORDERED.

Dated:  **May 13, 2020**                   /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

2